UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

EDWARD PATTON,

        Plaintiff,

v.                                                  Case No. 1:12-cv-0532

FMS, INC.,

        Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

      Defendant, FMS, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                                  Respectfully submitted,

                                                                  /s/ Whitney L. White
                                                                  Whitney L. White
                                                                  State Bar No. 24075269

                                                                **Sessions, Fishman, Nathan & Israel, LLC**
                                                                 900 Jackson Street, Suite 440
                                                                Dallas, Texas 75202
                                                               Telephone: (214) 741-3001
                                                               Facsimile: (214) 741-3055
                                                               Email: wwhite@sessions-law.biz

                                                               **Attorney for Defendant,**
                                                               FMS, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day November 2012, a copy of the foregoing was served electronically via CM/ECF on the following:

Robert R. Amador, Esq.
Centennial Law Offices
9452 Telephone Road, Suite 156
Ventura, CA 93004

/s/ Whitney L. White
Attorney