UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

EDWARD PATTON,

        Plaintiff,

v.   Case No. 1:12-cv-0532

FMS, INC.,

        Defendant.

_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES now plaintiff, Edward Patton, and defendant, FMS, Inc. (FMS), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against FMS, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 19th day of December 2012.

| | |
|---|---|
| /s/ Robert R. Amador | /s/ Whitney L. White |
| Robert R. Amador, Esq. | Whitney L. White |
| **Centennial Law Offices** | State Bar No. 24075269 |
| 9452 Telephone Road, Suite 156 | **Sessions, Fishman, Nathan & Israel, LLC** |
| Ventura, CA 93004 | 900 Jackson Street, Suite 440 |
| Telephone: (888) 308-1119 | Dallas, Texas 75202 |
| Facsimile: (888) 535-8267 | Telephone: (214) 741-3001 |
| R.Amador@centenniallawoffices.com | Facsimile: (214) 741-3055 |
| Attorney for Plaintiff | wwhite@sessions-law.biz |
| | Attorney for Defendant, FMS, Inc. |